IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KMK GROUP, LLC, NINE CROWN, LLC, CHICAGO 6034 W NORTH AVE, LLC, RADCLIFF 333 S DIXIE BLVD., LLC, FLINT LAND COMPANY, LLC, HRDS CARBONDALE IL, LLC, HRDS GLEN ELLYN IL, LLC, HRDS LISLE IL, LLC and HRDS SPRINGFIELD IL, LLC, CSJR LONGVIEW TX, LLC as assignee of LAVELO PROPERTY MANAGEMENT, LLC, and CSJR PHOENIX AZ, LLC, as assignee of LAVELO PROPERTY MANAGEMENT, LLC,

    Plaintiffs,

v.

JASON LEVECKE; CARL LEVECKE; JC123 HOLDINGS, LLC; LEVECKE & COMPANY, LLC; ANDREA LEVECKE; AND NEISHA LEVECKE,

    Defendants

No.: 1:15-cv-08140

Judge Joan B. Gottschall – Rm. 2325

Magistrate Young B. Kim – Rm. 1019

## JUDGMENT

    The defendants, JC123 HOLDINGS, LLC and LEVECKE & COMPANY, LLC, having failed to appear, plead, or otherwise defend in this action, and default having been entered on March 2, 2016 and counsel for Plaintiffs having requested judgment against the defaulted Defendants and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

    Judgment is hereby entered in favor of Plaintiffs, KMK GROUP, LLC, NINE CROWN, LLC, CHICAGO 6034 W NORTH AVE, LLC, RADCLIFF 333 S DIXIE BLVD., LLC, FLINT LAND COMPANY, LLC, HRDS CARBONDALE IL, LLC, HRDS GLEN ELLYN IL, LLC, HRDS LISLE IL, LLC and HRDS SPRINGFIELD IL, LLC, CSJR LONGVIEW TX, LLC as assignee of LAVELO PROPERTY MANAGEMENT, LLC, and CSJR PHOENIX AZ, LLC, as assignee of LAVELO PROPERTY MANAGEMENT, LLC, and against Defendants JC123 HOLDINGS, LLC and LEVECKE & COMPANY, LLC, as follows:

    1. Plaintiff KMK Group, LLC        $1,404,000.00

        Judgment is entered in favor of Plaintiff KMK Group, LLC and against JC123 Holdings, LLC and LeVecke & Company, LLC, jointly and severally in the amount of $1,404,000.00 plus interest on the judgment at the legal rate until the judgment is satisfied.

2. Plaintiff Nine Crown, LLC $1,050,000.00
   Judgment is entered in favor of Plaintiff Nine Crown, LLC and against JC123 Holdings, LLC and LeVecke & Company, LLC, jointly and severally in the amount of $1,050,000.00 plus interest on the judgment at the legal rate until the judgment is satisfied.

3. Plaintiff Radcliff 333 S. Dixie Blvd., LLC $2,985,589.23
   Judgment is entered in favor of Plaintiff Radcliff 333 S. Dixie Blvd., LLC and against JC123 Holdings, LLC and LeVecke & Company, LLC, jointly and severally in the amount of $2,985,589.41 plus interest on the judgment at the legal rate until the judgment is satisfied.

4. Plaintiff Chicago 6034 W. North Ave., LLC $2,731,370.94
   Judgment is entered in favor of Plaintiff Chicago 6034 W. North Ave., LLC and against JC123 Holdings, LLC and LeVecke & Company, LLC, jointly and severally in the amount of $2,731,370.98 plus interest on the judgment at the legal rate until the judgment is satisfied.

5. Plaintiff Flint Land Company, LLC $3,600,000.00
   Judgment is entered in favor of Plaintiff Flint Land Company, LLC and against JC123 Holdings, LLC and LeVecke & Company, LLC, jointly and severally in the amount of $3,600,000.00 plus interest on the judgment at the legal rate until the judgment is satisfied.

6. Plaintiff HRDS Carbondale IL, LLC $2,880,000.00
   Judgment is entered in favor of Plaintiff HRDS Carbondale IL, LLC and against JC123 Holdings, LLC and LeVecke & Company, LLC, jointly and severally in the amount of $2,880,000.00 plus interest on the judgment at the legal rate until the judgment is satisfied.

7. Plaintiff HRDS Glen Ellyn IL, LLC $2,400,000.00
   Judgment is entered in favor of Plaintiff HRDS Glen Ellyn IL, LLC and against JC123 Holdings, LLC and LeVecke & Company, LLC, jointly and severally in the amount of $2,400,000.00 plus interest on the judgment at the legal rate until the judgment is satisfied.

8. Plaintiff HRDS Lisle IL, LLC $2,141,475.00
   Judgment is entered in favor of Plaintiff HRDS Lisle IL, LLC granting full and against JC123 Holdings, LLC and LeVecke & Company, LLC, jointly and severally in the amount of $713,825.00 plus interest on the judgment at the legal rate until the judgment is satisfied.

9. Plaintiff HRDS Springfield IL, LLC     $2,475,000.00
   Judgment is entered in favor of Plaintiff HRDS Springfield IL, LLC and against JC123 Holdings, LLC and LeVecke & Company, LLC, jointly and severally in the amount of $2,475,000.00 plus interest on the judgment at the legal rate until the judgment is satisfied.

10. Plaintiff CSJR Longview TX, LLC, as assignee of Lavelo Property Management, LLC     $1,500,000.00
    Judgment is entered in favor of Plaintiff CSJR Longview TX, LLC, as assignee of Lavelo Property Management, LLC and against JC123 Holdings, LLC and LeVecke & Company, LLC, jointly and severally in the amount of $1,500,000.00 plus interest on the judgment at the legal rate until the judgment is satisfied.

11. Plaintiff CSJR Phoenix AZ, LLC, as assignee of Lavelo Property Management, LLC     $2,100,000.00
    Judgment is entered in favor of Plaintiff CSJR Phoenix AZ, LLC, as assignee of Lavelo Property Management, LLC and against JC123 Holdings, LLC and LeVecke & Company, LLC, jointly and severally in the amount of $2,100,000.00 plus interest on the judgment at the legal rate until the judgment is satisfied.

_April 12 2016_
Date

_[signature]_
Judge